**No. 48190.**—Protest 44346–K of General Aniline Works, Inc. (New York).

Opinion by COLE, J. It was stipulated that the merchandise is the same in all material respects as the amino azo benzol disulphonic acid passed upon in *General Aniline Works* v. *United States* (8 Cust. Ct. 180, C. D. 600). In accordance therewith the merchandise in question was held dutiable at 7 cents per pound and 40 percent ad valorem under paragraph 27, as claimed.